| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

JOSHUA GARRIN STANLEY, *et al.*, §
§
    Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:13-CV-374
§ (Lead Case; Member Cases 1:14-CV-
CAR-BER TESTING TEXAS, LLC, § 45, 1:14-CV-57, 1:14-CV-65)
§
    Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#115), filed May 3, 2016, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 3rd day of May, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE